AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

**U.S.**      DISTRICT OF      *Massachusetts*

## APPEARANCE

Case Number: MJ04-m-224 JLA

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for *Ivelese Gonzalez Rodriguez*

I certify that I am admitted to practice in this court.

Date: 5-24-04

Signature: *[signature]*

Print Name: JOHN M CICILLINE

Bar Number: RI 3350

Address: 387 Atwells Ave

City/State/Zip: Providence, R.I. 02909

Phone Number: 401-273-5600

Fax Number: 401-454-5600

**FILED IN OPEN COURT**
U.S. DISTRICT COURT
MAY 2004
RECEIVED