≈AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

YVELISSE A. GONZALEZ RODRIGUEZ

**EXHIBIT AND WITNESS LIST**

Case Number: MJ04-M-224 JLA

| PRESIDING JUDGE<br>ALEXANDER | PLAINTIFF'S ATTORNEY<br>JOHN FARLEY | DEFENDANT'S ATTORNEY<br>Thomas Drechsler |
|---|---|---|
| TRIAL DATE (S)<br>5/27/04 | COURT REPORTER<br>DIGITAL RECORDING | COURTROOM DEPUTY<br>REX BROWN |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| X | | 5-27-04 | direct | | ERIC LAFORTE, S/A, ICE |
| 1 | | 5-27-04 | X | X | COMPLAINT & AFFIDAVIT MJ04-M-224 JLA |
| 2 | | 5-27-04 | X | X | PASSPORT: DOMENICAN REPUBLIC 1 |
| 3 | | 5-27-04 | X | X | PASSPORT: DOMENICAN REPUBLIC 2 |
| 4 | | 5-27-04 | X | X | PASSPORT: DOMENICAN REPUBLIC 3 |
| X | | 5-27-04 | cross | | ERIC LAFORTE, S/A, ICE |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages